# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SEQOUYA MICHELLE MASON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:25-CV-1331-ALM-AGD |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 10, 2026, the Magistrate Judge entered a Report (Dkt. #13) recommending that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #6) be denied. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. #6) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 26th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE